**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**DEBRA BELL on behalf of SAMMY BELL,**                         **PLAINTIFF,**

**VS.**                                **CIVIL ACTION NO. 4:05CV240-P-A**

**JO ANNE B. BARNHART,**
**COMMISSIONER OF SOCIAL SECURITY,**                      **DEFENDANT.**

## ORDER OF REMAND

This matter comes before the court upon Defendant's Motion to Remand to the Social Security Commissioner for further proceedings [4-1]. Upon due consideration of the motion – no response having been filed – the court finds as follows, to-wit:

The motion is well-taken and should be granted. Pursuant to 42 U.S.C. § 405(g), the instant case should be remanded to the Social Security Commissioner in order to allow the Social Security Appeals Council to supplement the record with the appropriate documents currently missing from said record.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's Motion to Remand to the Social Security Commissioner for further proceedings [4-1] is **GRANTED**; therefore,

(2) This case is **REMANDED** to the Social Security Commissioner; and

(3) This case is currently **CLOSED**.

**SO ORDERED** this the 25th day of January, A.D., 2006.

                                                                              /s/ W. Allen Pepper, Jr.
                                                                              W. ALLEN PEPPER, JR.
                                                                              UNITED STATES DISTRICT JUDGE